UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E&M MOTELS, INC., ET AL.,

    Plaintiffs,                                                 ORDER

v.                                   Civil No.:  05-234 (MJD/RLE)

SUPER 8 MOTELS, INC., ET AL.,

    Defendants.

---

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

    IT IS HEREBY ORDERED THAT:

    1.    The defendants' motions for attorneys' fees and expenses [docket # 29] is **DENIED**.

Dated: October 26,  2005

                                                                  s/ Michael J. Davis
                                                                   MICHAEL J. DAVIS, Judge
                                                                   United States District Court